PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Angel K. Colon     Cr.: 23-00087-001
   PACTS #: 6489752

Name of Judicial Officer:     THE HONORABLE RAYMOND J. DEARIE
   UNITED STATES DISTRICT JUDGE (EDNY)

Name of Reassigned Judicial Officer:     THE HONORABLE ESTHER SALAS
   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2022

Original Offense:     Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343], a Class C Felony

Original Sentence: 3 years probation

Special Conditions: 250 Hours Community Service; $5,000 Fine

Transfer of Jurisdiction: 02/02/2023

Type of Supervision: Probation     Date Supervision Commenced: 12/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On January 11, 2023, Mr. Colon provided a urine specimen that was sent to Alere Laboratory and subsequently yielded a positive result for codeine. |

U.S. Probation Officer Action:

Mr. Colon admitted that he was sick with a cold and ingested an old prescription of cough syrup he found in his residence. He advised he does not have an issue with drugs and has no issues with utilizing medication without codeine in the future. The undersigned provided Mr. Colon with a verbal reprimand, and he was encouraged to abstain from further drug use. We will continue to monitor Mr. Colon's drug use through random drug testing and will report any additional instances of non-compliance to the Court.

Prob 12A – page 2
Angel K. Colon

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury*

By:   JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

_____
*Cassie H. Borona*
                    March 2, 2023
CARRIE H. BORONA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑  No Formal Court Action to be Taken at This Time

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

_____
March 2, 2023
Date